# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

KAITLYN M. STEFFENHAGEN,

    Plaintiff,

v.

SEEDS OF HEALTH INC.,

    Defendant.

Case No. 18-CV-805-JPS

**ORDER**

On March 29, 2019, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs or fees assessed to any party. (Docket #19). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #19) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party.

Dated at Milwaukee, Wisconsin, this 29th day of March, 2019.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge